June 10, 2009

Regional Counsel
Mid-Atlantic Regional Office
302 Sentinel Drive, Ste 200
Annapolis Junction, MD 20701

RE:   Tort Claim No:   TRT-MXR-2009-00659

This letter and the attached AMENDED TORT CLAIM SF 95 is to inform you that I have changed the amount of the tort claim from $250,000.00 to $1,000,000.00.

This amended claim is filed with the agency within the two year statutory period.

No other sections of my original tort claim is being amended.

Please acknowledge receipt of this amendment.

Sincerely,

*Michael P. Giambalvo*

Michael P. Giambalvo

Michael P. Giambalvo
53036-066 FCI-2 Butner
PO Box 1500
Butner, NC 27509

EXHIBIT 2

AMENDED CLAIM AS TO DAMAGES ONLY. ALL OTHER PARTS OF
ORIGINAL TORT CLAIM REMAINS UNCHANGED

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any (See instructions on reverse.) (Number, street, city, State and Zip Code) |
|---|---|
| Regional Counsel<br>Mid-Atlantic Regional Office<br>302 Sentinel Drive, Ste 200<br>Annapolis Junction, MD 20701 | Michael P. Giambalvo<br>59036-066 FCI-2 Butner<br>PO Box 1500<br>Butner, NC 27509 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS<br>Single | 6. DATE AND DAY OF ACCIDENT<br>SAT 11-30-07 | 7. TIME (A.M. OR P.M.)<br>Apprx 12:45 |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

Same as original tort claim; TRT-MXR-2009-00659

PROPERTY DAMAGE

9. NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

PERSONAL INJURY/WRONGFUL DEATH

10. STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

Same as original tort claim, TRT-MXR-2009-00659

WITNESSES

| 11. NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
|  | SAME AS ORIGINAL TORT CLAIM # TRT-MXR-2009-00659 |

12. AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
|  | $1,000,000.00 |  | $1,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.)<br>*[signature]* Michael P. Giambalvo | 13b. Phone number of signatory | 14. DATE OF CLAIM<br>9-07-08 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM<br>The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States.<br>(See 31 U.S.C. 3729.) | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS<br>Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |
|---|---|

95-109
Previous editions not usable

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2